**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

_____
                                    :
MIA SHERNOFF,                       :
                                    :
            Plaintiff,              :        Civil Action No. 04-4390  (JAP)
       -v-                          :
                                    :        **ORDER ADOPTING THE REPORT**
HEWLETT-PACKARD COMPANY,            :        **AND RECOMMENDATION OF THE**
                                    :        **MAGISTRATE JUDGE**
            Defendant.              :
_____ :

      This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Madeline Cox Arleo, filed on July 17, 2006.  Plaintiff filed objections to the Report and Recommendation, Defendant filed an opposition, and Plaintiff filed a reply.  For the reasons expressed in the accompanying Letter Opinion, **IT IS**

      **ON** this 4th day of December, 2006,

      **ORDERED** that the Report and Recommendation of Magistrate Judge Arleo filed on July 17, 2006, recommending that the Court grant Defendant's motion to enforce the settlement agreement as to the non-economic terms and deny Plaintiff's cross-motion to rescind the settlement agreement is hereby **ADOPTED** as the findings of fact and conclusions of law of this Court.

      **SO ORDERED.**

                             /s/ JOEL A. PISANO_____
                             United States District Judge